Rafey S. Balabanian, SBN 315962
rbalabanian@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370

Brandt Silverkorn, SBN 323530
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARK STACEY, individually, and as successor-in-interest to decedent SHANNDA AVIUGANA-DURAND,

*Plaintiff*,

v.

SAMUEL ALTMAN, an individual, OPENAI FOUNDATION, a Delaware corporation, OPENAI OPCO, LLC, a Delaware limited liability company, and OPENAI GROUP PBC, a Delaware public benefit corporation,

*Defendants*.

This Document Relates to:

*A.C. v. Altman, et al.*
Case No. 3:26-cv-9342-SK

*D.I. v. Altman, et al.*
Case No. 4:26-cv-9343-JST

*Rushlow v. Altman, et al.*
Case No. 3:26-cv-9344-PHK

*Hodgkinson v. Altman, et al.*
Case No. 3:26-cv-9345-AGT

*Bertrand v. Altman, et al.*
Case No. 4:26-cv-9346-KAW

*Geer v. Altman, et al.*
Case No. 3:26-cv-9347-JSC

Case No.: 3:26-cv-3701-JSC

**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING AGREED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

Judge: Hon. Jacqueline Scott Corley
Courtroom 8–19th Floor

*Maitland v. Altman, et al.*
Case No. 3:26-cv-9348-SK

*Tardif v. Altman, et al.*
Case No. 3:26-cv-9349-TLT

*Zatwarniski v. Altman, et al.*
Case No. 3:26-cv-9350-LJC

*Pilgrim v. Altman, et al.*
Case No. 3:26-cv-9351-TSH

*Pigeon v. Altman, et al.*
Case No. 3:26-cv-9352-PHK

*Lenart v. Altman, et al.*
Case No. 3:26-cv-9353-WHO

*Cameron v. Altman, et al.*
Case No. 3:26-cv-9354-JD

*Norbury v. Altman, et al.*
Case No. 3:26-cv-9355-AGT

*Gruntman v. Altman, et al.*
Case No. 4:26-cv-9356-HSG

*Pisarski v. Altman, et al.*
Case No. 3:26-cv-9357-PHK

*E.R. v. Altman, et al.*
Case No. 3:26-cv-9358-JSC

*G.L. v. Altman, et al.*
Case No. 3:26-cv-9359-AGT

*A.R. v. Altman, et al.*
Case No. 4:26-cv-9360-YGR

*C.W. v. Altman, et al.*
Case No. 3:26-cv-9362-CRB

*A.N. v. Altman, et al.*
Case No. 4:26-cv-9363-AMO

*R.R. v. Altman, et al.*
Case No. 3:26-cv-9366-EMC

*G.M. v. Altman, et al.*
Case No. 3:26-cv-9367-RFL

*L.N. v. Altman, et al.*
Case No. 3:26-cv-9368-CRB

*Poirier v. Altman, et al.*
Case No. 3:26-cv-9369-TSH

*M.B., et al. v. Altman, et al.*
Case No. 3:26-cv-9370-WHO

*O.H., et al. v. Altman, et al.*
Case No. 3:26-cv-9372-TLT

*B.W., et al. v. Altman, et al.*
Case No. 4:26-cv-9373-ASK

*Hoekstra, et al. v. Altman, et al.*
Case No. 4:26-cv-9377-KAW

*Deeley, et al. v. Altman, et al.*
Case No. 3:26-cv-9378-LJC

**STIPULATION**

WHEREAS, on April 29, 2026, Plaintiff Mark Stacey initiated this action, entitled *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *A.C. v. Altman, et al.*, Case No. 3:26-cv-9342-SK, filed his complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *D.I. v. Altman, et al.*, Case No. 3:26-cv-9343-JST, filed his complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Rushlow v. Altman, et al.*, Case No. 3:26-cv-9344-PHK, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Hodgkinson v. Altman, et al.*, Case No. 3:26-cv-9345-AGT, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Bertrand v. Altman, et al.*, Case No. 3:26-cv-9346-KAW, filed his complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Geer v. Altman, et al.*, Case No. 3:26-cv-9347-JSC, filed his complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Maitland v. Altman, et al.*, Case No. 3:26-cv-9348-SK, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Tardif v. Altman, et al.*, Case No. 3:26-cv-9349-TLT, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Zatwarniski v. Altman, et al.*, Case No. 3:26-cv-9350-LJC, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Pilgrim v. Altman, et al.*, Case No. 3:26-cv-9351-TSH, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Pigeon v. Altman, et al.*, Case No. 3:26-cv-9352-PHK, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Lenart v. Altman, et al.*, Case No. 3:26-cv-9353-WHO, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Cameron v. Altman, et al.*, Case No. 3:26-cv-9354-JD, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Norbury v. Altman, et al.*, Case No. 3:26-cv-9355-AGT, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Gruntman v. Altman, et al.*, Case No. 3:26-cv-9356-HSG, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Pisarski v. Altman, et al.*, Case No. 3:26-cv-9357-PHK, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *E.R. v. Altman, et al.*, Case No. 3:26-cv-9358-JSC, filed his complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *G.L. v. Altman, et al.*, Case No. 3:26-cv-9359-AGT, filed his complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiffs in the action entitled *A.R. v. Altman, et al.*, Case No. 3:26-cv-9360-YGR, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *C.W. v. Altman, et al.*, Case No. 3:26-cv-9362-CRB, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *A.N. v. Altman, et al.*, Case No. 3:26-cv-9363, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *R.R. v. Altman, et al.*, Case No. 3:26-cv-9366-EMC, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *G.M. v. Altman, et al.*, Case No. 3:26-cv-9367-RFL, filed his complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *L.N. v. Altman, et al.*, Case No. 3:26-cv-9368-CRB, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Poirier v. Altman, et al.*, Case No. 3:26-cv-9369-TSH, filed her complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiffs in the action entitled *M.B., et al. v. Altman, et al.*, Case No. 3:26-cv-9370, filed their complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiffs in the action entitled *O.H., et al. v. Altman, et al.*, Case No. 3:26-cv-9372-TLT, filed their complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiffs in the action entitled *B.W., et al. v. Altman, et al.*, Case No. 4:26-cv-9373-ASK, filed their complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiffs in the action entitled *Hoekstra, et al. v. Altman, et al.*, Case No. 4:26-cv-9377-KAW, filed their complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, on September 2, 2026, Plaintiff in the action entitled *Deeley, et al. v. Altman, et al.*, Case No. 3:26-cv-9378-LJC, filed his complaint against Defendants based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, Plaintiffs' counsel and counsel for Defendants Samuel Altman, OpenAI Foundation, OpenAI OpCo, LLC, and OpenAI Group PBC agree that the above-listed actions should be deemed related under Civil L.R. 3-12;

WHEREAS, *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, is the lowest-numbered case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that, because the following actions involve substantially the same transactions and events; involve the same defendants; feature the same or similar causes of action; will involve overlapping discovery and motions practice; and present identical or similar legal issues; and because their relation would promote judicial economy and avoid duplication of efforts and the risk of conflicting results, these actions should be related within the meaning of Civil L.R. 3-12(a) and transferred and reassigned to the Honorable Judge Jacqueline Scott Corley for all purposes:

1. *A.C. v. Altman, et al.*, Case No. 3:26-cv-9342-SK;
2. *D.I. v. Altman, et al.*, Case No. 4:26-cv-9343-JST;
3. *Rushlow v. Altman, et al.*, Case No. 3:26-cv-9344-PHK;
4. *Hodgkinson v. Altman, et al.*, Case No. 3:26-cv-9345-AGT;
5. *Bertrand v. Altman, et al.*, Case No. 4:26-cv-9346-KAW;
6. *Geer v. Altman, et al.*, Case No. 3:26-cv-9347-JSC;
7. *Maitland v. Altman, et al.*, Case No. 3:26-cv-9348-SK;
8. *Tardif v. Altman, et al.*, Case No. 3:26-cv-9349-TLT;
9. *Zatwarniski v. Altman, et al.*, Case No. 3:26-cv-9350-LJC;
10. *Pilgrim v. Altman, et al.*, Case No. 3:26-cv-9351-TSH;
11. *Pigeon v. Altman, et al.*, Case No. 3:26-cv-9352-PHK;
12. *Lenart v. Altman, et al.*, Case No. 3:26-cv-9353-WHO;
13. *Cameron v. Altman, et al.*, Case No. 3:26-cv-9354-JD;
14. *Norbury v. Altman, et al.*, Case No. 3:26-cv-9355-AGT;
15. *Gruntman v. Altman, et al.*, Case No. 4:26-cv-9356-HSG;
16. *Pisarski v. Altman, et al.*, Case No. 3:26-cv-9357-PHK;
17. *E.R. v. Altman, et al.*, Case No. 3:26-cv-9358-JSC;

18. *G.L. v. Altman, et al.*, Case No. 3:26-cv-9359-AGT;
19. *A.R. v. Altman, et al.*, Case No. 4:26-cv-9360-YGR;
20. *C.W. v. Altman, et al.*, Case No. 3:26-cv-9362-CRB;
21. *A.N. v. Altman, et al.*, Case No. 4:26-cv-9363-AMO;
22. *R.R. v. Altman, et al.*, Case No. 3:26-cv-9366-EMC;
23. *G.M. v. Altman, et al.*, Case No. 3:26-cv-9367-RFL;
24. *L.N. v. Altman, et al.*, Case No. 3:26-cv-9368-CRB;
25. *Poirier v. Altman, et al.*, Case No. 3:26-cv-9369-TSH;
26. *M.B., et al. v. Altman, et al.*, Case No. 3:26-cv-9370-WHO;
27. *O.H., et al. v. Altman, et al.*, Case No. 3:26-cv-9372-TLT;
28. *B.W., et al. v. Altman, et al.*, Case No. 4:26-cv-9373-ASK;
29. *Hoekstra, et al. v. Altman, et al.*, Case No. 4:26-cv-9377-KAW; and
30. *Deeley, et al. v. Altman, et al.*, Case No. 3:26-cv-9378-LJC.

IT IS SO STIPULATED.

Dated: September 9, 2026

EDELSON PC

By: */s/Brandt Silverkorn*
Brandt Silverkorn
(SBN 323530)
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300

*Counsel for Plaintiffs*

Dated: September 9, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/Bethany W. Kristovich*
Bethany W. Kristovich
(SBN 241891)
Bethany.Kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071

Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Counsel for Defendants Samuel Altman, OpenAI Foundation, OpenAI OpCo, LLC, and OpenAI Group PBC*

**~~[PROPOSED]~~ ORDER**

Plaintiff Mark Stacey, individually, and as successor-in-interest to decedent Shannda Aviugana-Durand ("Plaintiff") has filed an Agreed Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 (the "Motion").

The Court finds that the following thirty actions (the "Proposed Related Actions") are related to *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC (the "*Stacey* Action"):

1. *A.C. v. Altman, et al.*, Case No. 3:26-cv-9342-SK, pending before the Honorable Judge Sallie Kim;
2. *D.I. v. Altman, et al.*, Case No. 4:26-cv-9343-JST, pending before the Honorable Judge Jon S. Tigar;
3. *Rushlow v. Altman, et al.*, Case No. 3:26-cv-9344-PHK, pending before the Honorable Judge Peter H. Kang;
4. *Hodgkinson v. Altman, et al.*, Case No. 3:26-cv-9345-AGT, pending before the Honorable Judge Alex G. Tse;
5. *Bertrand v. Altman, et al.*, Case No. 4:26-cv-9346-KAW, pending before the Honorable Judge Kandis A. Westmore;
6. *Geer v. Altman, et al.*, Case No. 3:26-cv-9347-JSC, pending before the Honorable Judge Jacqueline Scott Corley.
7. *Maitland v. Altman, et al.*, Case No. 3:26-cv-9348-SK, pending before the Honorable Judge Sallie Kim.
8. *Tardif v. Altman, et al.*, Case No. 3:26-cv-9349-TLT, pending before the Honorable Judge Trina L. Thompson.
9. *Zatwarniski v. Altman, et al.*, Case No. 3:26-cv-9350-LJC, pending before the Honorable Judge Lisa J. Cisneros.
10. *Pilgrim v. Altman, et al.*, Case No. 3:26-cv-9351-TSH, pending before the Honorable Judge Thomas S. Hixson.

11. *Pigeon v. Altman, et al.*, Case No. 3:26-cv-9352-PHK, pending before the Honorable Judge Peter H. Kang.

12. *Lenart v. Altman, et al.*, Case No. 3:26-cv-9353-WHO, pending before the Honorable Judge William H. Orrick.

13. *Cameron v. Altman, et al.*, Case No. 3:26-cv-9354-JD, pending before the Honorable Judge James Donato.

14. *Norbury v. Altman, et al.*, Case No. 3:26-cv-9355-AGT, pending before the Honorable Judge Alex G. Tse.

15. *Gruntman v. Altman, et al.*, Case No. 4:26-cv-9356-HSG, pending before the Honorable Judge Haywood S. Gilliam, Jr.

16. *Pisarski v. Altman, et al.*, Case No. 3:26-cv-9357-PHK, pending before the Honorable Judge Peter H. Kang.

17. *E.R. v. Altman, et al.*, Case No. 3:26-cv-9358-JSC, pending before the Honorable Judge Jacqueline Scott Corley.

18. *G.L. v. Altman, et al.*, Case No. 3:26-cv-9359-AGT, pending before the Honorable Judge Alex G. Tse.

19. *A.R. v. Altman, et al.*, Case No. 4:26-cv-9360-YGR, pending before the Honorable Judge Yvonne Gonzalez Rogers.

20. *C.W. v. Altman, et al.*, Case No. 3:26-cv-9362-CRB, pending before the Honorable Judge Charles R. Breyer.

21. *A.N. v. Altman, et al.*, Case No. 4:26-cv-9363-AMO, pending before the Honorable Judge Araceli Martinez-Olguin.

22. *R.R. v. Altman, et al.*, Case No. 3:26-cv-9366-EMC, pending before the Honorable Judge Edward M. Chen.

23. *G.M. v. Altman, et al.*, Case No. 3:26-cv-9367-RFL, pending before the Honorable Judge Rita F. Lin.

24. *L.N. v. Altman, et al.*, Case No. 3:26-cv-9368-CRB, pending before the Honorable Judge Charles R. Breyer.
25. *Poirier v. Altman, et al.*, Case No. 3:26-cv-9369-TSH, pending before the Honorable Judge Thomas S. Hixson.
26. *M.B., et al. v. Altman, et al.*, Case No. 3:26-cv-9370-WHO, pending before the Honorable Judge William H. Orrick.
27. *O.H., et al. v. Altman, et al.*, Case No. 3:26-cv-9372-TLT, pending before the Honorable Judge Trina L. Thompson.
28. *B.W., et al. v. Altman, et al.*, Case No. 4:26-cv-9373-ASK, pending before the Honorable Judge Ajay S. Krishnan.
29. *Hoekstra, et al. v. Altman, et al.*, Case No. 4:26-cv-9377-KAW, pending before the Honorable Judge Kandis A. Westmore.
30. *Deeley, et al. v. Altman, et al.*, Case No. 3:26-cv-9378-LJC, pending before the Honorable Judge Lisa J. Cisneros.

Accordingly, having considered the Motion, as well as the pleadings and other papers on file, and good cause appearing, the Court hereby GRANTS the Motion.

The Court further ORDERS the Clerk to relate the thirty Proposed Related Actions to the *Stacey* Action. Accordingly, the following actions are ordered related pursuant to Civil L.R. 3-12(a):

1. *A.C. v. Altman, et al.*, Case No. 3:26-cv-9342-SK;
2. *D.I. v. Altman, et al.*, Case No. 4:26-cv-9343-JST;
3. *Rushlow v. Altman, et al.*, Case No. 3:26-cv-9344-PHK;
4. *Hodgkinson v. Altman, et al.*, Case No. 3:26-cv-9345-AGT;
5. *Bertrand v. Altman, et al.*, Case No. 4:26-cv-9346-KAW;
6. *Geer v. Altman, et al.*, Case No. 3:26-cv-9347-JSC;
7. *Maitland v. Altman, et al.*, Case No. 3:26-cv-9348-SK;
8. *Tardif v. Altman, et al.*, Case No. 3:26-cv-9349-TLT;

9. *Zatwarniski v. Altman, et al.*, Case No. 3:26-cv-9350-LJC;
10. *Pilgrim v. Altman, et al.*, Case No. 3:26-cv-9351-TSH;
11. *Pigeon v. Altman, et al.*, Case No. 3:26-cv-9352-PHK;
12. *Lenart v. Altman, et al.*, Case No. 3:26-cv-9353-WHO;
13. *Cameron v. Altman, et al.*, Case No. 3:26-cv-9354-JD;
14. *Norbury v. Altman, et al.*, Case No. 3:26-cv-9355-AGT;
15. *Gruntman v. Altman, et al.*, Case No. 4:26-cv-9356-HSG;
16. *Pisarski v. Altman, et al.*, Case No. 3:26-cv-9357-PHK;
17. *E.R. v. Altman, et al.*, Case No. 3:26-cv-9358-JSC;
18. *G.L. v. Altman, et al.*, Case No. 3:26-cv-9359-AGT;
19. *A.R. v. Altman, et al.*, Case No. 4:26-cv-9360-YGR;
20. *C.W. v. Altman, et al.*, Case No. 3:26-cv-9362-CRB;
21. *A.N. v. Altman, et al.*, Case No. 4:26-cv-9363-AMO;
22. *R.R. v. Altman, et al.*, Case No. 3:26-cv-9366-EMC;
23. *G.M. v. Altman, et al.*, Case No. 3:26-cv-9367-RFL;
24. *L.N. v. Altman, et al.*, Case No. 3:26-cv-9368-CRB;
25. *Poirier v. Altman, et al.*, Case No. 3:26-cv-9369-TSH;
26. *M.B., et al. v. Altman, et al.*, Case No. 3:26-cv-9370-WHO;
27. *O.H., et al. v. Altman, et al.*, Case No. 3:26-cv-9372-TLT;
28. *B.W., et al. v. Altman, et al.*, Case No. 4:26-cv-9373-ASK;
29. *Hoekstra, et al. v. Altman, et al.*, Case No. 4:26-cv-9377-KAW; and
30. *Deeley, et al. v. Altman, et al.*, Case No. 3:26-cv-9378-LJC.

The Proposed Related Actions shall be reassigned to this Court and the docket shall update the judicial initials after the case number for each of these cases.

The parties are instructed that all future filings in any reassigned case are to bear the initials of the undersigned immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the

conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, upon reassignment, any deadlines set by the ADR Local Rules remain in effect and any dates for hearing noticed motions are automatically vacated and must be renoticed by the moving party before the newly assigned Judge. For any cases ordered related after the initial case management conference, unless the assigned Judge otherwise orders, any deadlines established in the case management order shall continue to govern, except for the trial date, which will be rescheduled by the assigned Judge.

**IT IS SO ORDERED.**

DATED: September 9, 2026

Jacqueline Scott Corley

Honorable Jacqueline Scott Corley
United States District Judge