UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK STACEY,

Plaintiff,

v.

SAMUEL ALTMAN, et al.,

Defendants.

AND ALL RELATED CASES

Case No. 3:26-cv-03701-JSC

**ORDER RE: RESPONSIVE PLEADINGS AND PENDING MOTIONS TO DISMISS**

Pursuant to the parties' stipulation, the Court has related the 30 newly-filed actions. (Dkt. No. 33.) The parties are ordered to meet and confer and, by September 24, 2026, file a proposed schedule for addressing all pending and anticipated motions to dismiss. The Court prefers to hear any such motions on the same date. Accordingly, the Court VACATES the October 8, 2026 hearing date in the seven earlier-filed actions pending the parties' submission.

**IT IS SO ORDERED.**

Dated: September 10, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California