**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK STACEY, individually, and as successor-in-interest to decedent SHANNDA AVIUGANA-DURAND,<br><br>Plaintiff,<br><br>vs.<br><br>OPENAI FOUNDATION, OPENAI OPCO, LLC, OPENAI GROUP PBC, and SAMUEL ALTMAN,<br><br>Defendants. | Lead Case No. 3:26-cv-03701-JSC<br><br>**~~[PROPOSED]~~ ORDER REGARDING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |
| AND RELATED CASES | |

Pursuant to the Parties' stipulation, IT IS SO ORDERED THAT:

**1. Forum Non Conveniens Motion:** Defendants' Motion to Dismiss for Forum Non Conveniens shall be filed in the 30 additional actions no later than September 17, 2026; Plaintiffs' opposition to all forum non conveniens motions (for all Related Actions) shall be due October 6, 2026; Defendants' reply for all Related Actions shall be due October 20, 2026. The hearing on this Motion shall be set for November 5, 2026 at 10:00 a.m. in Courtroom 8 in San Francisco.

**2. Rule 12(b)(6) Motion:** Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6), currently due September 14, 2026 in the seven original actions, shall be filed no later than October 1, 2026 for all Related Actions; Plaintiffs' opposition shall be due October 29, 2026; Defendants' reply shall be due November 19, 2026. Notwithstanding Civil L.R. 7-2(b), given the number of actions and claims, Defendants' Motion and Plaintiffs' Opposition shall not exceed 35 pages of text, and Defendants' Reply shall not exceed 20 pages of text, not including the caption pages, table of contents, or table of authorities. The hearing on this Motion shall be set for December 10, 2026 at 10:00 a.m. in Courtroom 8 in San Francisco.

**3. Initial Case Management Conference:** The initial case management conference shall be set for December 16, 2026 at 2:00 p.m. by Zoom videoconference.

**4. No Waiver:** Nothing in the Parties' Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have including, without limitation, jurisdictional defenses.

DATED: September 15, 2026 By: Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE