UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HIS MAJESTY THE KING IN RIGHT OF THE PROVINCE OF BRITISH COLUMBIA, et al.,

Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

Defendants.

Case No. 4:26-cv-10743-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Stacey v. Altman*, 26-cv-03701-JSC.

IT IS SO ORDERED.

Dated: September 22, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California