Lesley E. Weaver (SBN 191305)
**Stranch, Jennings & Garvey, PLLC**
1111 Broadway, Suite 300
Oakland, California 94607
Telephone: (341) 217-0550
lweaver@stranchlaw.com

*Attorneys for Plaintiffs His Majesty the King in Right of the Province of British Columbia and Board of Education of School District No. 59 (Peace River South)*

Rafey S. Balabanian, SBN 315962
rbalabanian@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370

*Attorneys for Plaintiff Mark Stacey*
*[Additional counsel on signature page]*

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000

BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

*Attorneys for Defendants Samuel Altman, OpenAI Foundation, OpenAI OpCo, LLC, OpenAI Holdings, Inc., and OpenAI Group PBC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARK STACEY, individually, and as successor-in-interest to decedent SHANNDA AVIUGANA-DURAND,

*Plaintiff*,

v.

SAMUEL ALTMAN, an individual, OPENAI FOUNDATION, a Delaware corporation, OPENAI OPCO, LLC, a Delaware limited liability company, and OPENAI GROUP PBC, a Delaware public benefit corporation,

*Defendants*.

This Document Relates to:

*His Majesty the King in Right of the Province of British Columbia, et al. v. Altman, et al.*, Case No. 4:26-cv-10743-KAW

Case No. 3:26-cv-3701-JSC

**STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

Judge: Hon. Jacqueline Scott Corley

Plaintiffs His Majesty the King in Right of the Province of British Columbia (the "Crown" or "Province") and Board of Education of School District No. 59 (Peace River South) ("SD59"), Plaintiff Mark Stacey ("Plaintiff Stacey"), and Defendants Samuel Altman, OpenAI Foundation, OpenAI OpCo, LLC, OpenAI Holdings, LLC, and OpenAI Group PBC (collectively, "Defendants"), jointly request that the above-captioned actions (the "Actions") be deemed related within the meaning of Civil L.R. 3-12(a) and transferred and reassigned to the Honorable Judge Jaqueline Scott Corley for all purposes. The parties, by and through their undersigned counsel, stipulate as follows:

WHEREAS, on April 29, 2026, plaintiffs initiated the following seven actions based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia: *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC (the "*Stacey* Action"); *Schofield, et al. v. Altman, et al.*, Case No. 3:26-cv-03702-JSC; *Mwansa, Sr., et al. v. Altman, et al.*, Case No. 3:26-cv-03703-JSC; *M.G., et al. v. Altman, et al.*, Case No. 3:26-cv-03704-JSC; *Hayer v. Altman, et al.*, Case No. 3:26-cv-03705-JSC; *Lampert v. Altman, et al.*, Case No. 3:26-cv-03706-JSC; and *Younge, et al. v. Altman, et al.*, Case No. 3:26-cv-03707-JSC;

WHEREAS, on June 3, 2026, the Court granted relation of *Stacey* Action to the six other actions filed the same day, ECF No. 22;

WHEREAS, on September 2, 2026, the following thirty additional actions were initiated: *A.C. v. Altman, et al.*, Case No. 3:26-cv-9342-JSC; *D.I. v. Altman, et al.*, Case No. 4:26-cv-9343-JSC; *Rushlow v. Altman, et al.*, Case No. 3:26-cv-9344-JSC; *Hodgkinson v. Altman, et al.*, Case No. 3:26-cv-9345-JSC; *Bertrand v. Altman, et al.*, Case No. 4:26-cv-9346-JSC; *Geer v. Altman, et al.*, Case No. 3:26-cv-9347-JSC; *Maitland v. Altman, et al.*, Case No. 3:26-cv-9348-JSC; *Tardif v. Altman, et al.*, Case No. 3:26-cv-9349-JSC; *Zatwarniski v. Altman, et al.*, Case No. 3:26-cv-9350-JSC; *Pilgrim v. Altman, et al.*, Case No. 3:26-cv-9351-JSC; *Pigeon v. Altman, et al.*, Case No. 3:26-cv-9352-JSC; *Lenart v. Altman, et al.*, Case No. 3:26-cv-9353-JSC; *Cameron v. Altman, et al.*, Case No. 3:26-cv-9354-JSC; *Norbury v. Altman, et al.*, Case No. 3:26-cv-9355-JSC; *Gruntman v. Altman, et al.*, Case No. 4:26-cv-9356-JSC; *Pisarski v. Altman, et al.*, Case No. 3:26-cv-9357-JSC; *E.R. v. Altman, et al.*, Case No. 3:26-cv-9358-JSC; *G.L. v. Altman, et al.*, Case No. 3:26-cv-9359-JSC; *A.R. v. Altman, et al.*, Case No. 4:26-cv-9360-JSC; *C.W. v. Altman, et al.*, Case No. 3:26-cv-9362-JSC; *A.N. v. Altman, et al.*, Case No. 4:26-cv-9363-JSC; *R.R. v. Altman, et al.*, Case No. 3:26-cv-9366-JSC; *G.M. v. Altman, et al.*, Case No. 3:26-cv-9367-JSC; *L.N. v. Altman, et al.*,

Case No. 3:26-cv-9368-JSC; *Poirier v. Altman, et al.*, Case No. 3:26-cv-9369-JSC; *M.B., et al. v. Altman, et al.*, Case No. 3:26-cv-9370-JSC; *O.H., et al. v. Altman, et al.*, Case No. 3:26-cv-9372-JSC; *B.W., et al. v. Altman, et al.*, Case No. 4:26-cv-9373-JSC; *Hoekstra, et al. v. Altman, et al.*, Case No. 4:26-cv-9377-JSC; and *Deeley, et al. v. Altman, et al.*, Case No. 3:26-cv-9378-JSC;

WHEREAS, on September 9, 2026, the Court granted relation of the thirty additional actions to the *Stacey* Action, ECF No. 33;

WHEREAS, on September 21, 2026, Plaintiffs in the action entitled *His Majesty the King in Right of the Province of British Columbia, et al. v. Altman, et al.*, Case No. 4:26-cv-10743-KAW, filed their complaint based on allegations related to the February 10, 2026, mass shooting in Tumbler Ridge, British Columbia;

WHEREAS, Plaintiffs' counsel for the Crown and SD59, Plaintiff's counsel for Mark Stacey, and Defendants' counsel agree that the above-captioned actions should be deemed related under Civil L.R. 3-12;

WHEREAS, *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, is the lowest-numbered case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that, because the following action involves substantially the same facts, transactions, and events; involves the same defendants; features the same or similar causes of action; and presents similar legal issues to the *Stacey* Action; and because the relation would promote judicial economy and avoid duplication of efforts and the risk of conflicting results, the following action should be related to the *Stacey* Action within the meaning of Civil L.R. 3-12(a) and transferred and reassigned to the Honorable Judge Jacqueline Scott Corley for all purposes:

1. *His Majesty the King in Right of the Province of British Columbia, et al. v. Altman, et al.*, Case No. 4:26-cv-10743-KAW.

//

//

//

//

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 24, 2026

**STRANCH, JENNINGS & GARVEY, PLLC**

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
lweaver@stranchlaw.com
Anne K. Davis (SBN 267909)
adavis@stranchlaw.com
Joshua D. Samra (SBN 313050)
jsamra@stranchlaw.com
1111 Broadway, Suite 300
Oakland, California 94607
Tel: (341) 217-0550

*Attorneys for Plaintiffs His Majesty the King in Right of the Province of British Columbia and Board of Education of School District No. 59 (Peace River South)*

Dated: September 24, 2026

**EDELSON PC**

By: */s/ Rafey S. Balabanian*
Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
350 N. LaSalle St., 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370

Brandt Silverkorn, SBN 323530
bsilverkorn@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300

*Attorneys for Plaintiff Mark Stacey*

Dated: September 24, 2026

**MUNGER, TOLLES & OLSON LLP**

By: */s/ Bethany W. Kristovich*
Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000

*Attorneys for Defendants Samuel Altman, OpenAI Foundation, OpenAI OpCo, LLC, OpenAI Holdings, Inc., and OpenAI Group PBC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September, 2026, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

**~~[PROPOSED]~~ ORDER**

Plaintiffs His Majesty the King in Right of the Province of British Columbia and Board of Education of School District No. 59 (Peace River South) have filed an Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 (the "Motion") (*Stacey* ECF No. 40).

The Court finds that the following action (the "Proposed Related Action") is related to *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC:

1. *His Majesty the King in Right of the Province of British Columbia, et al. v. Altman, et al.*, Case No. 3:26-cv-10743-KAW, pending before the Honorable Judge Kandis A. Westmore.

The Proposed Related Action shall be reassigned to this Court and the docket shall update the judicial initials after the case number.

The parties are instructed that all future filings in any reassigned case are to bear the initials of the undersigned immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, upon reassignment, any deadlines set by the ADR Local Rules remain in effect.

**IT IS SO ORDERED.**

DATED: ____________________

______________________________
Honorable Jacqueline Scott Corley
United States District Judge