United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STACEY,<br>Plaintiff,<br>v.<br>SAMUEL ALTMAN, et al.,<br>Defendants.<br><br>AND ALL RELATED CASES | Case No. 3:26-cv-03701-JSC<br><br>**ORDER RE: JOINT STIPULATION ON BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 45 |

The parties' joint stipulation regarding the schedule for Defendants' motions to dismiss and the initial case management conference is pending before the Court. (Dkt. No. 45.) The Court grants the stipulation as follows:

**Forum Non Conveniens Motion:**

| | |
|---|---|
| Deadline to File Motion: | October 15, 2026 |
| Opposition Briefs Due: | November 5, 2026 |
| Reply Brief Due: | December 3, 2026 |
| Hearing: | December 17, 2026 at 10:00 a.m. |

**Amended Complaints Deadline:** October 29, 2026

**Rule 12(b)(6) Motion:**

| | |
|---|---|
| Deadline to File Motion: | November 19, 20262 |
| Opposition Briefs Due: | December 17, 2026 |
| Reply Brief Due: | January 14, 2027 |

Hearing: February 11, 2027 at 10:00 a.m.

The Court grants the parties' stipulation regarding the page length of the briefing.

The Court sets an initial case management conference for October 20, 2026 at 1:30 p.m. via Zoom videoconference to discuss alternative dispute resolution (ADR). The parties do not need to file a joint statement in advance.

**IT IS SO ORDERED.**

Dated: September 29, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California