JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*
*OpenAI Foundation, OpenAI OpCo, LLC,*
*OpenAI Group PBC, and Samuel Altman*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARK STACEY,

Plaintiff,

vs.

SAMUEL ALTMAN, OPENAI FOUNDATION, OPENAI OPCO, LLC, and OPENAI GROUP PBC,

Defendants.

This Document Relates to:

*Schofield, et al. v. Altman, et al.*
Case No. 3:26-cv-03702-JSC

*Mwansa, Sr., et al. v. Altman, et al.*
Case No. 3:26-cv-03703-JSC

*M.G., et al. v. Altman, et al.*
Case No. 3:26-cv-03704-JSC

*Hayer v. Altman, et al.*
Case No. 3:26-cv-03705-JSC

Lead Case No. 3:26-cv-03701-JSC

**JOINT STIPULATION REGARDING ESTABLISHING MASTER DOCKET**

Judge: Hon. Jacqueline S. Corley
Crtrm.: 8 (19th Floor)

*Lampert v. Altman, et al.*
Case No. 3:26-cv-03706-JSC

*Younge, et al. v. Altman, et al.*
Case No. 3:26-cv-03707-JSC

*A.C. v. Altman, et al.*
Case No. 3:26-cv-09342-JSC

*D.I. v. Altman, et al.*
Case No. 3:26-cv-09343-JSC

*Rushlow v. Altman, et al.*
Case No. 3:26-cv-09344-JSC

*Hodgkinson v. Altman, et al.*
Case No. 3:26-cv-09345-JSC

*Bertrand v. Altman, et al.*
Case No. 3:26-cv-09346-JSC

*Geer v. Altman, et al.*
Case No. 3:26-cv-09347-JSC

*Maitland v. Altman, et al.*
Case No. 3:26-cv-09348-JSC

*Tardif v. Altman, et al.*
Case No. 3:26-cv-09349-JSC

*Zatwarniski v. Altman, et al.*
Case No. 3:26-cv-09350-JSC

*Pilgrim v. Altman, et al.*
Case No. 3:26-cv-09351-JSC

*Pigeon v. Altman, et al.*
Case No. 3:26-cv-09352-JSC

*Lenart v. Altman, et al.*
Case No. 3:26-cv-09353-JSC

*Cameron v. Altman, et al.*
Case No. 3:26-cv-09354-JSC

*Norbury v. Altman, et al.*
Case No. 3:26-cv-09355-JSC

*Gruntman v. Altman, et al.*
Case No. 3:26-cv-09356-JSC

*Pisarski v. Altman, et al.*
Case No. 3:26-cv-09357-JSC

*E.R. v. Altman, et al.*
Case No. 3:26-cv-09358-JSC

*G.L. v. Altman, et al.*
Case No. 3:26-cv-09359-JSC

*A.R. v. Altman, et al.*
Case No. 3:26-cv-09360-JSC

*C.W. v. Altman, et al.*
Case No. 3:26-cv-09362-JSC

*A.N. v. Altman, et al.*
Case No. 3:26-cv-09363-JSC

*R.R. v. Altman, et al.*
Case No. 3:26-cv-09366-JSC

*G.M. v. Altman, et al.*
Case No. 3:26-cv-09367-JSC

*L.N. v. Altman, et al.*
Case No. 3:26-cv-09368-JSC

*Poirier v. Altman, et al.*
Case No. 3:26-cv-09369-JSC

*M.B., et al. v. Altman, et al.*
Case No. 3:26-cv-09370-JSC

*O.H., et al. v. Altman, et al.*
Case No. 3:26-cv-09372-JSC

*B.W., et al. v. Altman, et al.*
Case No. 3:26-cv-09373-JSC

*Hoekstra, et al. v. Altman, et al.*
Case No. 3:26-cv-09377-JSC

*Deeley, et al. v. Altman, et al.*
Case No. 3:26-cv-09378-JSC

*His Majesty the King in Right of the Province of British Columbia, et al. v. Altman, et al.*
Case No. 3:26-cv-10743-JSC

Pursuant to Civil Local Rule 7-12 and the Court's direction at the Case Management Conference on October 20, 2026, Plaintiffs and Defendants ("Parties") in *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, and the 37 other related actions (collectively, the "Related Actions"), stipulate as follows to the establishment of a master docket with respect to the Related Actions:

**WHEREAS**, on April 29, 2026, seven actions by individual plaintiffs were filed against Defendants, and on June 3, 2026, these actions were deemed related by the Court;

**WHEREAS**, on September 2, 2026, thirty additional actions by individual plaintiffs were filed against Defendants, and on September 9, 2026, these actions were deemed related to the seven previously related actions (collectively, the "Individual Actions")[1];

**WHEREAS**, on September 21, 2026, an additional action was filed by His Majesty the King in Right of the Province of British Columbia and Board of Education of School District No. 59 (Peace River South), and on September 25, 2026, this action was deemed related to the Individual Actions;

**WHEREAS,** on October 20, 2026, the Court held a case management conference, at which the Court and the Parties discussed, among other things, establishing a master docket for filings that are common to all 38 Related Actions;

**WHEREAS**, the Parties have met and conferred and agree on the following procedures with respect to the establishment and use of a master docket;

**NOW THEREFORE**, the Parties stipulate and agree as follows:

1. *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, shall be the master docket for filings that are common to all 38 Related Actions or to all 37 Individual Actions, and this master docket shall be referred to as "In re Tumbler Ridge Shooting Litigation."

2. Any filing that relates to all 38 Related Actions shall be filed on the master docket only, and the first page of each document presented for filing (that is not an exhibit) shall denote

[1] References in this Stipulation to the "Related Actions" and "Individual Actions" include any such subsequently related action (and, in the case of the Individual Actions, any such action brought by one or more individual plaintiffs).

the lead case number (No. 3:26-cv-03701-JSC), bear a caption that reads "In re Tumbler Ridge Shooting Litigation" instead of listing the parties, and, directly beneath the caption, state "This Document Relates To: All Related Actions." Civil Local Rule 3-4 otherwise applies. Any filing on the master docket in accordance with this paragraph shall be deemed to have been filed in each of the 38 Related Actions.

3. Any filing that relates to all Individual Actions, but not to all Related Actions, shall likewise be filed on the master docket only, and the first page of each document presented for filing (that is not an exhibit) shall denote the lead case number (No. 3:26-cv-03701-JSC), bear a caption that reads "In re Tumbler Ridge Shooting Litigation" instead of listing the parties, and, directly beneath the caption, state "This Document Relates To: All Individual Actions." Civil Local Rule 3-4 otherwise applies. Any filing on the master docket in accordance with this paragraph shall be deemed to have been filed in each of the 37 Individual Actions.

4. Any filing that relates to fewer than all Related Actions and fewer than all Individual Actions shall be filed in each action to which the filing relates. The first page of each document presented for filing (that is not an exhibit) will contain a standard caption or captions denoting the action(s) to which the filing relates; if the filing relates to multiple actions, additional actions may be listed in short form following the caption for the lead case, as shown in the below example. Civil Local Rule 3-4 otherwise applies.

| | |
|---|---|
| MARK STACEY,<br><br>Plaintiff,<br><br>vs.<br><br>OPENAI FOUNDATION, OPENAI OPCO, LLC, OPENAI GROUP PBC, and SAMUEL ALTMAN,<br><br>Defendants. | Lead Case No. 3:26-cv-03701-JSC<br><br>**[DOCUMENT TITLE]**<br><br>Judge: Hon. Jacqueline S. Corley<br>Crtrm.: 8 (19th Floor) |
| This Document Relates to:<br><br>*Schofield, et al. v. Altman, et al.*<br>Case No. 3:26-cv-03702-JSC<br><br>*Mwansa, et al. v. Altman, et al.*<br>Case No. 3:26-cv-03703-JSC | |

5. Orders entered by the Court on the master docket shall be deemed entered in each Related Action to which they apply. An order that relates to fewer than all Related Actions and fewer than all Individual Actions shall be entered on the docket of each action to which it relates.

6. Administrative motions to file under seal pursuant to Civil Local Rule 79-5 shall be filed on the docket on which the underlying document is to be filed.

7. The master docket is established for administrative convenience only. Each Related Action retains its separate identity, case number, and docket. Nothing in this Stipulation requires the re-filing of any document filed in any Related Action before or after its entry.

8. The above stipulated procedures shall apply to any subsequently filed action that is related to the Related Actions, effective upon entry of the order relating it.

**IT IS SO STIPULATED.**

DATED: October 27, 2026

By: */s/ Bethany W. Kristovich*

BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*

DATED: October 27, 2026

By: */s/ Rafey S. Balabanian*

RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 N. LaSalle St., Fourteenth Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370

*Attorneys for Individual Plaintiffs*

DATED: October 27, 2026

**STRANCH, JENNINGS & GARVEY, PLLC**

By: /s/ Lesley E. Weaver
Lesley E. Weaver (SBN 191305)
lweaver@stranchlaw.com
Anne K. Davis (SBN 267909)
adavis@stranchlaw.com
Joshua D. Samra (SBN 313050)
jsamra@stranchlaw.com
1111 Broadway, Suite 300
Oakland, California 94607
Tel: (341) 217-0550

*Attorneys for Plaintiffs His Majesty the King in Right of the Province of British Columbia and Board of Education of School District No. 59 (Peace River South)*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 26, 2026

JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE