**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK STACEY,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL ALTMAN, OPENAI FOUNDATION, OPENAI OPCO, LLC, and OPENAI GROUP PBC,<br><br>Defendants. | Lead Case No. 3:26-cv-03701-JSC<br><br>**[~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE**<br><br>Judge: Hon. Jacqueline S. Corley<br>Crtrm.: 8 (19th Floor) |
| This Document Relates to:<br><br>*M.L. v. Altman, et al.*<br>Case No. 3:26-cv-12820-JSC<br><br>*M.T. v. Altman, et al.*<br>Case No. 3:26-cv-12823-JSC<br><br>*N.K. v. Altman, et al.*<br>Case No. 3:26-cv-12826-JSC | |

Pursuant to the Parties' stipulation, IT IS SO ORDERED THAT:

1. Defendants' Motion to Dismiss for Forum Non Conveniens filed in *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, is deemed filed and applicable to the complaints filed in *M.L. v. Altman, et al.*, Case No. 3:26-cv-12820-JSC; *M.T. v. Altman, et al.*, Case No. 3:26-cv-12823-JSC; and *N.K. v. Altman, et al.*, Case No. 3:26-cv-12826-JSC (the "New Individual Actions").

2. Plaintiff's opposition to the Motion to Dismiss for Forum Non Conveniens filed in *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, is deemed filed in the New Individual Actions.

3. The remaining deadlines set with respect to Defendants' Motion to Dismiss for Forum Non Conveniens in the Related Actions shall apply in the New Individual Actions. Defendants' omnibus reply in support of their Motion to Dismiss for Forum Non Conveniens shall be filed by December 3, 2026. Defendants' Motion to Dismiss for Forum Non Conveniens shall be heard on December 17, 2026, at 10:00 a.m.

4. The briefing schedule set with respect to Defendants' forthcoming Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) in the Related Actions shall apply to the New Individual Actions. Defendants' Omnibus Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) shall be filed by November 19, 2026. Plaintiffs shall collectively file an opposition with the other Individual Plaintiffs by December 17, 2026. Defendants' omnibus reply shall be filed by January 14, 2027. Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) shall be heard on February 11, 2027, at 10:00 a.m.

5. The stipulated order regarding establishing a master docket (*Stacey* Dkt. No. 58) shall apply to the New Individual Actions.

DATED: November 12, 2026 By: Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE