**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Tumbler Ridge Shooting Litigation | Lead Case No. 3:26-cv-03701-JSC<br><br>**[Proposed] Order Granting Non-Party Dow Jones & Company, Inc.'s Notice of Motion and Motion to Intervene and Unseal Court Records** |
| This Document Relates To:<br><br>All Related Actions | Hon. Jacqueline S. Corley<br><br>Date: December 17, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8 (19th Floor) |

Non-Party Dow Jones & Company, Inc. ("Dow Jones") has moved to intervene in each of the actions related to *In re Tumbler Ridge Shooting Litigation*, Lead Case No. 3:26-cv-03701-JSC, and to unseal the operative complains filed in those cases (the "Motion"). Upon consideration of the Motion, and good cause appearing, the Court **GRANTS** Dow Jones's request to intervene for the limited purpose of asserting the public's right of access to judicial records.

Further, no party seeking to retain the provisionally redacted amended complaints under seal has demonstrated compelling reasons sufficient to overcome the strong presumption of public access to these judicial records. The Court therefore **GRANTS** Dow Jones's motion

to unseal the operative complaints in these actions and directs the Clerk of Court to promptly unseal each of them.

**IT IS SO ORDERED**.

DATED:

JACQUELINE SCOTT CORLEY
United States District Judge