Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Brandt Silverkorn (SBN 323530)
bsilverkorn@edelson.com
Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

*Attorneys for Individual Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TUMBLER RIDGE SHOOTING LITIGATION | Lead Case No. 3:26-cv-03701-JSC<br><br>**[PROPOSED] ORDER REGARDING INDIVIDUAL PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 75)** |
| This Document Relates To:<br><br>All Individual Actions | Judge: Hon. Jacqueline Scott Corley<br>Courtroom 8–19th Floor |

The Court, having considered Individual Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 75), Defendants' Statement Pursuant to Civil Local Rule 79-5(f)(3) (Dkt. 81), and Individual Plaintiff's Response, hereby orders as follows:

Individual Plaintiffs' Opposition to Defendants' Motion to Dismiss for Forum Non Conveniens, Dkt. 74 (public), Dkt. 75-3 (sealed) (the "Opposition"), is hereby unsealed in its entirety.

IT IS HEREBY ORDERED that Individual Plaintiffs shall file a revised public version of the Opposition, consistent with this Order, within seven days of the entry of this Order.

IT IS SO ORDERED.

DATED: __________

___________________________
JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE