Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, California 94607
Telephone: (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

*Attorneys for Plaintiffs His Plaintiffs Majesty the King in Right of the Province of British Columbia and Board of Education of School District No. 59 (Peace River South)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TUMBLER RIDGE SHOOTING LITIGATION<br><br>This Document Relates To:<br><br>*His Majesty the King in Right of the Province of British Columbia, et al. v. Altman, et al.*, Case No. 3:26-cv-10743-JSC | Lead Case No. 3:26-cv-03701-JSC<br><br>**DECLARATION OF ANNE K. DAVIS IN SUPPORT OF THE BCGE PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' STATEMENT RE: PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS FOR FORUM NON CONVENIENS, ECF NO. 75; 3:36-cv-10743-JSC, ECF NO. 32**<br><br>Judge: Hon. Jacqueline Scott Corley |

I, Anne K. Davis, hereby declare as follows:

1. I am admitted to practice before this Court and am a Partner with Stranch, Jennings & Garvey, PLLC ("SJG"), counsel for Plaintiffs in the matter *His Majesty the King in Right of the Province of British Columbia, et al. v. Altman, et al.*, Case No. 3:26-cv-10743-JSC. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of the BCGEs' Response in Opposition to Defendants' Statement Regarding Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed in Plaintiffs' Oppositions to Defendants' Motion to Dismiss for Forum Non Conveniens, ECF No. 75; 3:36-cv-10743-JSC, ECF No. 32.

3. On October 26, 2026, counsel for BCGEs, together with counsel for Individual Plaintiffs, met and conferred with counsel for Defendants. During that conference, counsel for BCGEs confirmed that the BCGEs join in the Individual Plaintiffs' challenge to OpenAI's designation of the entirety of the chat logs as confidential, including the Individual Plaintiffs' proposal that certain content remain confidential. Counsel for BCGEs agree with Individual Plaintiffs' proposal that the following content remain confidential: (1) responses from ChatGPT containing guidance for creating explosives or modifying firearms, as well as Van Rootselaar's prompts to the extent they betray that information, (2) references to potentially innocent third parties (thus far, no such references are at issue), (3) content that sexualizes a minor, and (4) previously unreleased medical information. To date, Defendants have refused to de-designate any portion of the chatlogs, and seek to seal all of the chat logs and any references to them. Defendants also did not attempt to explain why a less restrictive alternative to sealing is insufficient.

4. Attached as **Exhibit A** is a true and correct copy of a press release issued by the Office of the Information & Privacy Commissioner for British Columbia on October 27, 2026, titled, "OpenAI challenges OIPC production order related to requested documents as part of investigation into the Tumbler Ridge shooting," retrieved November 9, 2026, from the following URL: https://www.oipc.bc.ca/documents/news-releases/3260.

*****

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of November, 2026, at Pacifica, California.

*/s/ Anne K. Davis*
Anne K. Davis