**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE TUMBLER RIDGE SHOOTING LITIGATION

This Document Relates To:

*His Majesty the King in Right of the Province of British Columbia, et al. v. Altman, et al.*, Case No. 3:26-cv-10743-JSC

Lead Case No. 3:26-cv-03701-JSC

**[proposed] ORDER REGARDING THE BCGE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING PORTIONS OF BCGE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS FOR FORUM NON CONVENIENS, 3:36-cv-10743-JSC, ECF NO. 32**

**Civil L.R. 7-11**

Judge: Hon. Jacqueline Scott Corley

**[Proposed] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers.

Having considered the supporting declaration of the Designating Party, OpenAI, the Court ORDERS the following:

| Docket No. Public/ (Sealed) | Document | Portions Sought to be Sealed | Open AI's Submission in Support of Sealing (all in Lead Case No. 3:26-cv-03701-JSC, *In re Tumbler Ridge Shooting Litig.*, ECF No. 81) | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| Dkt. No. 31 / (Dkt. No. 32-1) | Plaintiffs' Opposition to Defendants' Motion to Dismiss for Forum Non Conveniens ("Opposition") | Highlighted portions at the following pages and lines: | Defendants' Statement, ECF No. 81; Declaration of Stephanie G. Herrera ¶¶ 2–4, ECF No. 81-1; Herrera Decl. Ex. A (excerpt of RCMP search warrant applications and related documents, released with redactions), ECF No. 81-2; Herrera Decl. Ex. B (petition of OpenAI OpCo, LLC in the Supreme Court of British Columbia), ECF No. 81-3; Herrera Decl. Ex. C (RCMP press release dated Oct. 6, 2026), ECF No. 81-4. Defendants offered no evidence specific to any paragraph or footnote. | | |
| | | 2:13–14 | | The BCGEs oppose sealing, and OpenAI has not articulated a basis supporting sealing. | |
| | | 3:19–4:1 | | The BCGEs oppose sealing, and OpenAI has not articulated a basis supporting sealing. | |
| | | 11:14–15 | | The BCGEs oppose sealing, and OpenAI has not articulated a basis supporting sealing. | |
| | | 14:20–22 & n.10 | | The BCGEs oppose sealing, and OpenAI has not articulated a basis supporting sealing. | |

**IT IS SO ORDERED.**

Date: ________________________

________________________________________
Hon. Jacqueline Scott Corley
United States District Judge