JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
OpenAI Foundation, OpenAI OpCo, LLC,
OpenAI Group PBC, OpenAI Holdings, LLC,
and Samuel Altman

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TUMBLER RIDGE SHOOTING | Lead Case No. 3:26-cv-03701-JSC<br><br>**DECLARATION OF V. ROMAN LEAL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)**<br><br>Date: February 11, 2027<br>Time: 10:00 a.m.<br>Judge: Hon. Jacqueline S. Corley<br>Crtrm.: 8th (19th Floor)<br><br>[Filed concurrently: Defs.' Not. of Mot. & Mot. to Dismiss for Failure to State a Claim Under Rule 12(b)(6); Mem. of Points & Authorities in Support; (Proposed) Order] |
| This Document Relates To: All Related Actions | |

**DECLARATION OF V. ROMAN LEAL**

I, Victor Roman Leal, declare as follows:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP and I represent Defendants in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6). I have personal knowledge of the facts in this declaration, and, if called to testify, could and would competently testify to them.

2. Plaintiffs His Majesty the King in Right of the Province of British Columbia and the Board of Education of School District No. 59 (Peace River South) filed a Manual Filing Notification regarding Exhibit 1: OpenAI Chat Log Productions (OAI_TR_0000001 and OAI_TR_0000001). *See His Majesty the King in Right of the Province of British Columbia v. Altman*, No. 26-CV-10743, ECF No. 29-1. OAI_TR_0000001 and OAI_TR_0000002 are spreadsheets containing ChatGPT message logs for Jesse Van Rootselaar's first and second ChatGPT accounts, respectively, which Defendants produced to Plaintiffs in the above-captioned matter.

3. I used Microsoft Excel to count the number of monthly user messages contained in the OAI_TR_0000001 and OAI_TR_0000002 spreadsheets from February 10, 2025, to February 10, 2026. The spreadsheets include columns labeled "TIMESTAMP," "MESSAGE_ID," and "ROLE." The TIMESTAMP field indicates the message's Coordinated Universal Time (UTC) timecode; the MESSAGE_ID field indicates the message's unique identifier; and the ROLE field indicates whether the message was sent by the user ("user") or by ChatGPT ("assistant"). I used Excel's DATE function to convert the TIMESTAMP fields in each spreadsheet into corresponding calendar dates.

4. Using Microsoft Excel's COUNTIFS function, I counted the unique number of MESSAGE_ID values in each spreadsheet where the ROLE field contained "user," and the converted TIMESTAMP value fell within the February 10, 2025 to February 10, 2026 period. The following table is a true and accurate representation of the resulting calculation:

| Date Range | User Messages - OAI_TR_0000001 | User Messages - OAI_TR_0000002 | Combined |
|---|---|---|---|
| February 10–28, 2025 | 893 | 0 | 893 |
| March 1–31, 2025 | 497 | 0 | 497 |
| April 1–30, 2025 | 629 | 0 | 629 |
| May 1–31, 2025 | 1402 | 0 | 1402 |
| June 1–30, 2025 | 284 | 596 | 880 |
| July 1–31, 2025 | 0 | 683 | 683 |
| August 1–31, 2025 | 0 | 745 | 745 |
| September 1–30, 2025 | 0 | 936 | 936 |
| October 1–31, 2025 | 0 | 1295 | 1295 |
| November 1–30, 2025 | 0 | 46 | 46 |
| December 1–31, 2025 | 0 | 207 | 207 |
| January 1–31, 2026 | 0 | 43 | 43 |
| February 1–10, 2026 | 0 | 8 | 8 |
| **Total** | **3705** | **4559** | **8264** |

5. Using Microsoft Excel's bar chart tool, I created the following chart to represent the figures in paragraph 4:




6. Using the figures from the table in paragraph 4, I calculated the daily number of user messages from February 10, 2025 through October 31, 2025. There are 7,960 total messages in the "Combined" column for that period, which encompasses 264 calendar days. Dividing the total messages by the number of calendar days results in an average of 30.15 (rounded) daily user messages.

7. Using the figures from the table in paragraph 4, I calculated the daily number of user messages from November 1, 2025 through February 10, 2026. There are 304 total messages

in the "Combined" column for that period, which encompasses 102 calendar days. Dividing the total messages by the number of calendar days results in an average of 2.98 (rounded) daily user messages.

8. I directed and supervised two litigation analysts employed by Munger, Tolles & Olson, LLP to manually review OAI_TR_0000001 and OAI_TR_0000002 and identify messages where ChatGPT [redacted]. I performed quality control checks on the list of messages they identified. Attached as **Exhibit A** is an index listing the MESSAGE_ID values for each of those [redacted] messages.

9. At my direction and under my supervision, the same two litigation analysts reviewed OAI_TR_0000001 and OAI_TR_0000002 for messages where ChatGPT [redacted]. I performed quality control checks on the list of messages they identified. Attached as **Exhibit B** is an index listing the MESSAGE_ID values for each of those [redacted] messages.

10. Attached as **Exhibit C** is a true and correct copy of the Amended Complaint filed in *Mata v. Meta Platforms, Inc.*, Case No. 24SMCV02494 (L.A. Super. Ct.), on November 22, 2024.

11. Attached as **Exhibit D** is a true and correct copy of a Ruling on Submitted Matters issued in *Mata v. Meta Platforms, Inc.*, Case No. 24SMCV02494 (L.A. Super. Ct.), on September 5, 2024.

12. Attached as **Exhibit E** is a true and correct copy of a Minute Order issued in *Mata v. Meta Platforms, Inc.*, Case No. 24SMCV02494 (L.A. Super. Ct.), on January 28, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Executed on this 18th day of November 2026 in Pleasant Hill, California.