# EXHIBIT A

## FILED UNDER SEAL