# EXHIBIT E

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**Civil Division**

Central District, Spring Street Courthouse, Department 10

**24SMCV02494**
**VERONICA MATA, INDIVIDUALLY, AND AS SUCCESSOR-IN-INTEREST TO TESS MARIE MATA, DECEASED MINOR, et al. vs META PLATFORMS, INC., A CORPORATION, et al.**

January 28, 2026
11:30 AM

Judge: Honorable William F. Highberger
Judicial Assistant: E. Munoz
Courtroom Assistant: S. Soto

CSR: Alexander Joke, CSR #12272
ERM: None
Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): Cory Michelle Batza , via LACC; Bethany Woodard Kristovich ; Page Robinson; Jacob Rosen; Lindsay Kathleen Laird , via LACC

**NATURE OF PROCEEDINGS:** Hearing on Motion for Judgment on the Pleadings of Defendants Activision

Pursuant to Government Code sections 68086, 70044, California Rules of Court, rule 2.956, and the stipulation of appearing parties, Alexander Joko, CSR # 12272, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

The Court's Intended Ruling is electronically served via message board posting on Case Anywhere for the parties to review.

The matter is called for hearing along with related case 24SMCV02498 at 11:33 a.m..

There is no appearance made by or on behalf of Plaintiff on this date and no communication with the Court as to the reason for not appearing on this date.

The above-captioned motion is held.

After hearing from Defendant's counsel, the Court adopts its intended ruling as the final order of the Court, as follows:

The grounds for the motions for judgment on the pleadings are absence of causation (both due to absence of proximate causation and superseding causation in the form of the criminal acts of the perpetrator of the shooting), failure to allege a cognizable legal duty imposed on the Activision defendants, and the First Amendment barring the plaintiffs' claims.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Civil Division**
Central District, Spring Street Courthouse, Department 10

**24SMCV02494**
**VERONICA MATA, INDIVIDUALLY, AND AS SUCCESSOR-IN-INTEREST TO TESS MARIE MATA, DECEASED MINOR, et al. vs META PLATFORMS, INC., A CORPORATION, et al.**

January 28, 2026
11:30 AM

Judge: Honorable William F. Highberger
Judicial Assistant: E. Munoz
Courtroom Assistant: S. Soto

CSR: Alexander Joke, CSR #12272
ERM: None
Deputy Sheriff: None

---

The Court previously granted a demurrer in favor of the Meta Platforms co-defendants on causation and duty grounds, as noted by the Activision defendants in their briefing. The Plaintiffs, in opposing the Activision defendants' motions, failed to raise any new arguments not previously raised in their opposition to the Meta Platforms demurrers (or in their motions for a new trial (or reconsideration) re same). The Court therefore grants the motions without leave to amend for the same reasons that the demurrers of the Meta Platforms defendants were sustained-the pleadings fail to allege legally cognizable causation and duty. The Court makes no ruling on the Activision defendants' First Amendment arguments.

The Activision Defendants' Notice of Motion and Motion for Judgment on the Pleadings filed by Activision Blizzard, Inc., a corporation, Infinity Ward, Inc., a business entity, Treyarch Corporation, a business entity, Sledgehammer Games, Inc.., a business entity, Activision Publishing, Inc., a corporation, Microsoft Corporation, a corporation on 11/04/2025 is Granted.

The motion is granted without leave to amend.

Defendant is to submit a proposed judgment by the deadline.

Counsel for Defendant is to give notice.

Further details of this proceeding are fully reflected in the notes of the court reporter and incorporated herein by reference.