JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
OpenAI Foundation, OpenAI OpCo, LLC,
OpenAI Group PBC, OpenAI Holdings, LLC,
and Samuel Altman

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TUMBLER RIDGE SHOOTING | Lead Case No. 3:26-cv-03701-JSC<br><br>**DECLARATION OF STEPHANIE G. HERRERA IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5**<br><br>Judge: Hon. Jacqueline S. Corley<br>Crtrm.: 8th (19th Floor)<br><br>[Filed concurrently: Administrative Motion to File Under Seal Pursuant to Civ. L.R. 79-5; (Proposed) Order] |
| This Document Relates To: All Related Actions | |

**DECLARATION OF STEPHANIE G. HERRERA**

I, Stephanie G. Herrera, declare as follows:

1. I am a partner at the law firm of Munger, Tolles & Olson LLP and one of the attorneys of record representing Defendants in the above-captioned matter. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rule 79-5. I have personal knowledge of the facts in this declaration, and, if called to testify, could and would competently testify to them.

2. Canadian media outlets, including the Canadian Press, the Canadian Broadcasting Corporation, The Globe and Mail, Global News, CTV News, and Postmedia Network Inc., applied in British Columbia Provincial Court to obtain access to records of the RCMP's investigation of the Tumbler Ridge shooting, resulting in the public release of RCMP search warrant applications and related documents with heavy redactions. A true and correct excerpt of those materials, as released, is attached as **Exhibit A**.

3. On October 26, 2026, OpenAI OpCo, LLC ("OpCo") filed a petition in the Supreme Court of British Columbia, *see Vancouver Registry* No. S267922 (B.C. Supreme Ct. 2026), seeking a judicial order quashing the investigation and production order of the Office of the Information and Privacy Commissioner for the Province of British Columbia ("OIPC") related to the February 10, 2026 shooting in Tumbler Ridge. *See* OIPC File No. P26-00413. A true and correct copy of the petition is attached as **Exhibit B**.

4. Attached as **Exhibit C** is a true and correct copy of a press release issued by the Tumbler Ridge RCMP on October 6, 2026, titled, "BC RCMP Statement: Bellingham Resident Charged with Conspiring to Commit Murder in Connection with School Shooting in Tumbler Ridge," retrieved November 4, 2026, from the following URL: https://rcmp.ca/en/bc/tumbler-ridge/news/2026/10/4357591.

5. Plaintiffs' pending Administrative Motions to Consider Whether Another Party's Material Should Be Sealed seek a Court order authorizing Plaintiffs to publicly file pleadings that contain the content of Jesse Van Rootselaar's conversations with ChatGPT. *See, e.g.*, Dkt. Nos.

62, 75; 3:26-cv-10743-JSC, ECF Nos. 30, 32. Accordingly, the parties have not stipulated to the relief sought in Defendants' present Administrative Motion.

Executed on this 18th day of November, 2026, at San Francisco, California.

Stephanie G. Herrera

Stephanie G. Herrera