# EXHIBIT C

Royal Canadian Mounted Police Gendarmerie royale du Canada

B.C. RCMP

RCMP.ca › British Columbia RCMP › Tumbler Ridge RCMP › Tumbler Ridge RCMP Newsroom

News release

# BC RCMP Statement: Bellingham resident charged with conspiring to commit murder in connection with school shooting in Tumbler Ridge

October 6, 2026 - Tumbler Ridge, British Columbia

From: Tumbler Ridge RCMP

## On this page


- Content
- Related products
- Associated links
- Contacts




Update: Tumbler Ridge | Mise à jour : Tumbler Ridge

## Statement of Assistant Commissioner Elija Rain, Acting Commanding Officer, BC RCMP (Royal Canadian Mounted Police):

Two hundred and thirty-eight days ago, the people of Tumbler Ridge, BC experienced a tragedy that forever changed the lives of families, friends, students, educators, first responders and the entire community.

Eight victims lost their lives, and countless others continue to carry the impact of that day.

Our initial police response was within minutes by officers from the Tumbler Ridge RCMP (Royal Canadian Mounted Police).

In the hours and days that followed, over 100 RCMP (Royal Canadian Mounted Police) personnel and volunteers from across British Columbia came together to support those affected, secure the community and begin the complex work of understanding what occurred.

Within days of the incident, we contacted the US Department of Homeland Security after receiving information from one of the online platforms used by the shooter. The FBI investigation was launched soon afterwards.

Today’s arrest and charge announcement by the FBI reflects the months of investigative effort, cooperation and coordination between our two agencies.

I would like to thank the FBI Seattle and the United States Attorney's Office for the Western District of Washington for their partnership, professionalism, and commitment throughout this complex investigation. Their cooperation and expertise have been invaluable in advancing the work across jurisdictions and ensuring that all available evidence could be thoroughly examined.

I recognize today's announcement brings a range of emotions for victims' families, survivors and members of the Tumbler Ridge community. For some, it provides a measure of reassurance that progress continues to be made. For others, it may reopen painful memories and difficult questions. We remain mindful that no investigative milestone can undo the harm caused that day, but we hope it reflects our ongoing commitment to seeking answers and pursuing all available evidence.

I am mindful in the immediate days after the tragedy the RCMP (Royal Canadian Mounted Police) proactively provided information and regular updates. Then we became more limited in the information we could share publicly. This was because of the need to ensure our investigative theories and actions were not compromised. Our decision not to publicly disclose further details did not mean we had not determined some of these answers.

Rather it was to protect the integrity of work being done in both Canada and the United States, specifically in British Columbia and Washington State to prepare for the possibility that criminal charges could be pursued.

In British Columbia, our investigators have made substantial progress in the criminal investigation. In addition to working with the FBI, they have completed and reviewed over 90 interview statements from students, educators and first responders. Digital and physical evidence has been collected, prioritized and processed.

This has included the use of all available legal processes to secure information from multiple social media and digital platforms. The analysis of those materials remains underway.

I would like to acknowledge and publicly thank the Major Crime investigators that have worked tirelessly on this file and continue to advance a very complex investigation. Their work has been driven by a commitment to uncovering the facts and providing answers to the community. They have been supported throughout by the BC Prosecution Service and the Department of Justice, whose guidance and assistance have been invaluable.

I want to recognize the victim services workers who continue to support families and survivors. They have provided strength, guidance and compassion during some of the most difficult moments imaginable. On behalf of the RCMP (Royal Canadian Mounted Police), I want to thank them for their extraordinary commitment to this community and for the emotional strength they continue to bring to this difficult work.

Our focus remains on supporting the ongoing criminal proceedings in Washington State and continuing our close cooperation with the FBI. Our RCMP (Royal Canadian Mounted Police) criminal investigation remains ongoing and the possibility of further charges being pursued in Canada remains under active consideration.

To the families of the victims, the survivors, and the community of Tumbler Ridge: our commitment to seeking answers has not wavered. We recognize that the passage of time has not diminished the impact of this tragedy, and we remain committed to supporting you throughout this process. We will continue working alongside victim services and partner agencies to ensure supports remain available while the investigation and related court proceedings continue.

Thank you.

# Related products

- Update: RCMP publicly confirm victims of Tumbler Ridge shooting

# Associated links

- United States Department of Justice: Bellingham resident charged with conspiring to commit murder in connection with school shooting in Tumbler Ridge

# Contacts

**BC RCMP Communication Services**

British Columbia RCMP

778-290-2929

bc.rcmp.ca

@bcrcmp

BC RCMP

@bcrcmp

**Date modified:**

2026-10-06