**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE TUMBLER RIDGE SHOOTING LITIGATION

This Document Relates To:
All Related Actions

Lead Case No. 3:26-cv-03701-JSC

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION**

Hon. Jacqueline Scott Corley

Defendants in these related actions filed an administrative motion to file under seal portions of Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) and the supporting Declaration of V. Roman Leal. Having considered the motion, the supporting submissions, any responses, and the record, the Court **GRANTS** the motion and authorizes sealing as set forth below.

The Court finds that compelling reasons support sealing all of Van Rootselaar's ChatGPT conversations and account data and outweigh the public interest in disclosure of the identified material at this time. The relief is tailored to protect the confidential investigative material while preserving public access to the remaining allegations and filings.

The Court orders as follows:

| Defs.' Mot. to Dismiss for Failure to State a Claim Under Rule 12(b)(6) | | |
|---|---|---|
| Page | Line(s) | Order |
| 4 | 17–19 | GRANTED |
| 5 | 4–7, 9, 11–15 | GRANTED |
| 6 | 16–19, 21–22 | GRANTED |
| 7 | 1–3, 21–23 | GRANTED |
| 10 | 6–10 | GRANTED |
| 15 | 3–8 | GRANTED |
| 17 | 3–7 | GRANTED |
| 18 | 3–4 | GRANTED |
| 20 | 3–4 | GRANTED |
| 22 | 6–8 | GRANTED |
| 39 | 1 | GRANTED |
| Declaration of V. Roman Leal i/s/o Defs.' Mot. to Dismiss for Failure to State a Claim Under Rule 12(b)(6) | | |
| Page | Line(s) | Order |
| 4 | 6–7, 9, 11–12, 14 | GRANTED |

| | | |
|---|---|---|
| Ex. A | All | GRANTED |
| Ex. B | All | GRANTED |

The Clerk shall maintain the unredacted versions of the identified documents under seal. Public versions shall redact only the portions authorized by this Order. Within seven days after entry of this Order, the filing party shall file any conforming public redacted version that is not already on the applicable docket.

The authorized material shall remain under seal until further order of the Court. Civ. L.R. 79-5(g)(1). This Order is without prejudice to a request to modify or lift sealing if the circumstances supporting it change. The Clerk shall enter this Order on the master docket and terminate the administrative sealing motion.

**IT IS SO ORDERED.**

Dated: ____________________

____________________________________
JACQUELINE SCOTT CORLEY
United States District Judge