JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
OpenAI Foundation, OpenAI OpCo, LLC,
OpenAI Group PBC, OpenAI Holdings, LLC,
and Samuel Altman

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TUMBLER RIDGE SHOOTING | Lead Case No. 3:26-cv-03701-JSC<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Jacqueline S. Corley<br>Crtrm.: 8th (19th Floor) |
| This Document Relates To: All Related Actions | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 560 Mission Street, San Francisco, California 94105.

On November 19, 2026, I served true copies of the following document(s) described as

**1. (SEALED) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**2. (SEALED) DECLARATION OF V. ROMAN LEAL IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**3. (SEALED) EXHIBITS A & B TO DECLARATION OF V. ROMAN LEAL IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Andrew Nguyen@mto.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 19, 2026, at San Francisco, California.

*/s/ Andrew T. Nguyen*
Andrew T. Nguyen

**SERVICE LIST**

Brandt Silverkorn
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
(415) 212-9300
Fax: (415) 373-9435
Email: bsilverkorn@edelson.com

*Attorneys for Individual Plaintiffs*

John Aaron Lawson
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
(415) 212-9300
Email: alawson@edelson.com

Rafey Sarkis Balabanian
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
(312) 589-6370
Email: rbalabanian@edelson.com

Ali Moghaddas
Edelson PC
11601 Wilshire Boulevard, Suite 1970
Los Angeles, CA 90025
(310) 694-0331
Email: amoghaddas@edelson.com

Lesley Elizabeth Weaver
Stranch, Jennings & Garvey, PLLC
1111 Broadway
Suite 300
Oakland, CA 94607
341-217-0550
Email: lweaver@stranchlaw.com

*Attorneys for Movant*
*His Majesty the King in Right of the Province of British Columbia, Board of Education of School District No. 59 (Peace River South)*

Anne Davis
Stranch, Jennings & Garvey, PLLC
1111 Broadway
Suite 300
Oakland, CA 94607
341-217-0550
Email: adavis@stranchlaw.com

Joshua Samra
Stranch, Jennings & Garvey, PLLC
1111 Broadway
Suite 300
Oakland, CA 94607
341-217-0550
Email: jsamra@stranchlaw.com