Serena M. Orloff, State Bar No. 260888
LEHOTSKY COHN LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
serena@lehotskycohn.com

*Attorney for Amicus Curiae NetChoice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re Tumbler Ridge Shooting**

Lead Case No. 3:26-cv-03701-JSC

**ORDER GRANTING NETCHOICE'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

This Court has considered NetChoice's motion for leave to appear as amicus curiae and file an amicus brief in support of Defendants' Motion to Dismiss (ECF 85), together with the proposed brief. For good cause shown, the motion is GRANTED.

The proposed amicus brief attached as Exhibit A to NetChoice's motion is deemed filed as of the date of this Order.

IT IS SO ORDERED.

Dated: ________________________

_________________________________

Jacqueline Scott Corley

United States District Judge