Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Brandt Silverkorn (SBN 323530)
bsilverkorn@edelson.com
Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

*Attorneys for Individual Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TUMBLER RIDGE SHOOTING LITIGATION | Lead Case No. 3:26-cv-03701-JSC<br><br>**DECLARATION OF BRANDT SILVERKORN IN SUPPORT OF INDIVIDUAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5 (DKT. 86)** |
| This Document Relates To:<br><br>All Individual Actions | Judge: Hon. Jacqueline Scott Corley<br>Courtroom 8–19th Floor |

I, Brandt Silverkorn, declare as follows:

1. I am an attorney at Edelson PC, and I represent the Individual Plaintiffs in the above-captioned matter. I submit this declaration in support of Individual Plaintiffs' Opposition to Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rule 79-5. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if needed.

2. Attached as **Exhibit 1** is a true and correct copy of the article published in *Mother Jones* by Mark Follman on November 19, 2026, titled "ChatGPT Helped 'Sadistic' School Shooter Build 3D-Printed Weapons," available at https://www.motherjones.com/media/

2026/11/chatgpt-openai-tumbler-ridge-shooting-3d-printed-weapons-magazine/ [https://perma.cc/DD7K-BBHZ].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2026, at Woburn, Massachusetts.

*<u>/s/ Brandt Silverkorn</u>*

Brandt Silverkorn