Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Brandt Silverkorn (SBN 323530)
bsilverkorn@edelson.com
Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

*Attorneys for Individual Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TUMBLER RIDGE SHOOTING LITIGATION | Lead Case No. 3:26-cv-03701-JSC<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5 (DKT. 86)** |
| This Document Relates To:<br><br>All Individual Actions | Judge: Hon. Jacqueline Scott Corley<br>Courtroom 8–19th Floor |

The Court, having considered Defendants' Administrative Motion to File Under Seal (Dkt. 86), Individual Plaintiffs' Response, and any other papers submitted in opposition, hereby orders as follows:

Defendants' Motion to Dismiss for Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6) (Dkt. 85 [public], Dkt. 86-6 [sealed]) (the "Motion"), accompanying Declaration of V. Roman Leal (Dkt. 85-1 [public], Dkt. 86-7 [sealed]) (the "Declaration"), and Exhibits A and B to the Declaration (Dkts. 85-2, 85-3 [public], Dkts. 86-8, 86-9 [sealed]) (the "Exhibits") are hereby unsealed in their entirety.

IT IS HEREBY ORDERED that Defendants shall file revised public versions of the Motion, Declaration, and Exhibits, consistent with this Order, within seven days of the entry of this Order.

IT IS SO ORDERED.

DATED: __________

__________________________
JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE