DANIEL S. ALTER (SBN NY2472264)
Email: danielalter@broadfieldlaw.com
BROADFIELD USA LLP
488 Madison Ave., 22nd Floor
New York, NY 10022-5704
Telephone: (212) 390-1256
*Admission Pro Hac Vice Pending

JOHN C. STASER (SBN 294643)
Email: jstaser@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Amicus Curiae
Chamber for Progress

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Tumble Ridge Shooting Litigation | **Case No. 3:26-cv-03701-JSC** |
| MARK STACEY, individually, and as successor-in-interest to decedent SHANNDA AVIUGANA-DURAND, , | Related to Case Nos.: |
| Plaintiff, | 3:26−cv−03702−JSC<br>3:26−cv−03703−JSC<br>3:26−cv−03704−JSC<br>3:26−cv−03705−JSC<br>3:26−cv−03706−JSC<br>3:26−cv−03707−JSC<br>3:26−cv−09342−JSC<br>3:26−cv−09343−JSC<br>3:26−cv−09344−JSC<br>3:26−cv−09345−JSC<br>3:26−cv−09346−JSC<br>3:26−cv−09347−JSC<br>3:26−cv−09348−JSC<br>3:26−cv−09349−JSC<br>3:26−cv−09350−JSC |
| v. | |
| SAMUEL ALTMAN, an individual; OPENAI FOUNDATION, a Delaware corporation; OPENAI OPCO, LLC, a Delaware limited liability company; and OPENAI GROUP PBC, a Delaware public benefit corporation, , | |
| Defendants. | |

His Majesty the King in Right of the Province of British Columbia; and Board of Education of School District No. 59 (Peace River South),

Plaintiffs,

v.

SAMUEL ALTMAN, an individual; OPENAI FOUNDATION, a Delaware corporation; OPENAI OPCO, LLC, a Delaware limited liability company; and OPENAI GROUP PBC, a Delaware public benefit corporation, ,,

Defendants.

---

Dow Jones & Company, Inc.,

Applicant for Intervention.

---

AND RELATED CASES.

3:26–cv–09351–JSC
3:26–cv–09352–JSC
3:26–cv–09353–JSC
3:26–cv–09354–JSC
3:26–cv–09355–JSC
3:26–cv–09356–JSC
3:26–cv–09357–JSC
3:26–cv–09358–JSC
3:26–cv–09359–JSC
3:26–cv–09360–JSC
3:26–cv–09362–JSC
3:26–cv–09363–JSC
3:26–cv–09366–JSC
3:26–cv–09367–JSC
3:26–cv–09368–JSC
3:26–cv–09369–JSC
3:26–cv–09370–JSC
3:26–cv–09372–JSC
3:26–cv–09373–JSC
3:26–cv–09377–JSC
3:26–cv–09378–JSC
3:26–cv–10743–JSC
3:26–cv–12820–JSC
3:26–cv–12823–JSC
3:26–cv–12826–JSC)

**MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF ON BEHALF OF CHAMBER OF PROGRESS IN SUPPORT OF DEFENDANTS**

Judge Jacqueline Scott Corley

Complaint Filed: April 29, 2026

The Chamber of Progress (the "Chamber") respectfully moves this Court for leave to file a brief *amicus curiae* in support of defendants in the above-captioned cases. Although OpenAI provides support to the Chamber as a partner in the Chamber's mission, neither OpenAI nor any other such partner sits on the Chamber's board of directors, nor does it vote on or veto the Chamber's positions. On the contrary, the Chamber may disagree with the positions of, and never speaks for, a partner organization. Defendants have no objection to the Chamber filing an *amicus* brief.[1]

---

[1] A copy of the proposed *amicus* brief is annexed to this motion.

In this district, "whether to allow Amici to file a brief is solely within the Court's discretion, and generally courts have exercised great liberality in permitting amicus briefs." *California v. U.S. Dep't of Interior*, 381 F. Supp.3d 1153, 1164 (N.D. Ca. 2019) (cleaned up). There are no strict requirements that an applicant must meet to become an *amici. See NetChoice LLC v. Bonta*, 2023 WL 6131619, at *1 (N.D. Ca. Sept. 18, 2023). "But when a court exercises its discretion to allow an amicus to file a brief, the salient question is whether such brief is helpful to the court." *Mobley v. Workday, Inc.*, 2026 WL 63617, at *1 (N.D. Ca. March 6, 2026) (internal quotation marks omitted).

The Chamber is a technology-industry coalition devoted to a progressive society, economy, workforce, and consumer climate. It supports public policies that promote innovation and economic growth, protect internet freedom and free expression, and help ensure that the benefits of technological progress are broadly shared. The Chamber therefore respectfully requests permission to file an *amicus* brief to flag certain constitutional, free-expression concerns implicated by this litigation that are both serious and in the public interest for the Court to consider.

Dated: November 23, 2026

BROADFIELD US LLP

By: */s/Daniel S. Alter*
Daniel S. Alter
Attorneys for Amicus Curiae
Chamber for Progress
*Admission Pro Hac Vice Pending

Dated: November 23, 2026

TROYGOULD PC

By: 
John C. Staser
Attorneys for Amicus Curiae
Chamber for Progress