DANIEL S. ALTER (SBN NY2472264)
Email: danielalter@broadfieldlaw.com
BROADFIELD USA LLP
488 Madison Ave., 22nd Floor
New York, NY 10022-5704
Telephone: (212) 390-1256
*Admission Pro Hac Vice Pending

JOHN C. STASER (SBN 294643)
Email: jstaser@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Amicus Curiae
Chamber for Progress

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Tumble Ridge Shooting Litigation<br><br>MARK STACEY, individually, and as successor-in-interest to decedent SHANNDA AVIUGANA-DURAND, ,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL ALTMAN, an individual; OPENAI FOUNDATION, a Delaware corporation; OPENAI OPCO, LLC, a Delaware limited liability company; and OPENAI GROUP PBC, a Delaware public benefit corporation, ,<br><br>Defendants. | **Case No. 3:26-cv-03701-JSC**<br><br>Related to Case Nos.:<br><br>3:26−cv−03702−JSC<br>3:26−cv−03703−JSC<br>3:26−cv−03704−JSC<br>3:26−cv−03705−JSC<br>3:26−cv−03706−JSC<br>3:26−cv−03707−JSC<br>3:26−cv−09342−JSC<br>3:26−cv−09343−JSC<br>3:26−cv−09344−JSC<br>3:26−cv−09345−JSC<br>3:26−cv−09346−JSC<br>3:26−cv−09347−JSC<br>3:26−cv−09348−JSC<br>3:26−cv−09349−JSC<br>3:26−cv−09350−JSC |

His Majesty the King in Right of the Province of British Columbia; and Board of Education of School District No. 59 (Peace River South),

Plaintiffs,

v.

SAMUEL ALTMAN, an individual; OPENAI FOUNDATION, a Delaware corporation; OPENAI OPCO, LLC, a Delaware limited liability company; and OPENAI GROUP PBC, a Delaware public benefit corporation, ,,

Defendants.

Dow Jones & Company, Inc.,

Applicant for Intervention.

AND RELATED CASES.

3:26−cv−09351−JSC
3:26−cv−09352−JSC
3:26−cv−09353−JSC
3:26−cv−09354−JSC
3:26−cv−09355−JSC
3:26−cv−09356−JSC
3:26−cv−09357−JSC
3:26−cv−09358−JSC
3:26−cv−09359−JSC
3:26−cv−09360−JSC
3:26−cv−09362−JSC
3:26−cv−09363−JSC
3:26−cv−09366−JSC
3:26−cv−09367−JSC
3:26−cv−09368−JSC
3:26−cv−09369−JSC
3:26−cv−09370−JSC
3:26−cv−09372−JSC
3:26−cv−09373−JSC
3:26−cv−09377−JSC
3:26−cv−09378−JSC
3:26−cv−10743−JSC
3:26−cv−12820−JSC
3:26−cv−12823−JSC
3:26−cv−12826−JSC)

**[PROPOSED] ORDER GRANTING MOTION BY CHAMBER OF PROGRESS TO FILE AN *AMICUS* BRIEF IN SUPPORT OF DEFENDANTS**

Judge Jacqueline Scott Corley

Complaint Filed: April 29, 2026

WHEREAS, on November 23, 2026, the Chamber of Progress (the "Chamber") moved this Court for leave to file a brief *amicus curiae* in support of Defendants in the above-captioned cases;

NOW, THEREFORE, good cause appearing, the motion for leave to file an *amicus* brief by the Chamber is GRANTED.

IT IS SO ORDERED.

Dated: November ____, 2026

_______________________________

HON. JACQUELINE SCOTT CORLEY

United States District Judge