# Exhibit C

MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR., P.C.
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GLENN D. POMERANTZ
HENRY WEISSMANN
JEFFREY A. HEINTZ
STUART N. SENATOR
KELLY M. KLAUS
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG, P.C.
GINGER D. ANDERS, P.C.
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ACHYUT J. PHADKE
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JOHN L. SCHWAB

L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
VINCENT Y. LING
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER, P.C.
STEPHANIE G. HERRERA
JULIANA M. YEE
COLIN A. DEVINE
GIOVANNI S. SAARMAN GONZÁLEZ
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDREW D. GARELICK
BRIDGET M. FITZPATRICK, P.C.
ANDREW T. RADSCH
DANE P. SHIKMAN
J. MAX ROSEN
JEREMY S. KREISBERG, P.C.
XIAONAN APRIL HU, P.C.
NICOLE M. HOWELL
MATTHIAS A. KAMBER
SAMUEL H. ALLEN
LAUREN E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
CARRIE C. LITTEN
JAMES R. SALZMANN
SEAN P. BARRY
MICHAEL I. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
OLIVER BROWN
MATTHEW MIYAMOTO
BRIAN R. BOESSENECKER
ROBERT E. BOWEN
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
JAMIE LUMA
STEVEN B. R. LEVICK
JANELLE KRUMMEN
WILLIAM M. ORR
GABRIEL M. BRONSHTEYN

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER
EVAN MANN
ANDREW T. NGUYEN
SARA H. WORTH
MIRANDA E. REHAUT
STEPHANY REAVES
LAUREN E. KUHN
GARRETT SOLBERG
ADAM W. KWON
JOSEPH N. GLYNN
CARSON J. SCOTT
ROMAN LEAL
MATTHEW W. LINSLEY
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
ALISON A. DOYLE
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA PERRY STONE
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
ALEXIS D. CAMPBELL
KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL KANE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL
PRISCILA E. CORONADO
CARL H. JIANG
BOBBY H. KIM
CLAIRE I. ROGERSON
EDUARDO A. GONZÁLEZ
LIAM GENNARI
MAGGIE BUSHELL
REBECCA J. HANSEN
CONNOR HOGE
KEVIN HAN YANG
CORDELL A. BROWN

KYLE A. GROVES
ESTHENA BARLOW
SUSANNAH M. L. GAGNON
DANIEL E. RUBIN
JIN NIU
SHUYU SUN
REBECCA M. HO
SASHA YUSUF
KEVIN CHIU
NICOLE R. ALLICOCK
SHANNON E. EAGEN
KAITLYN M. RUBCICH
JAKE TODD
ANGELA A. URIBE
ANDREW J. SLOTTJE
CYNTHIA Y. LONG
GRACE I. REHAUT
JOSEPH TROY YOUNG
SEAN ST. CHARLES
ANDREW L. FENNING
ANASTASIA THATCHER
JACOB M. GHANDOUR
CLAREANNE R. GOSCHKE
ABIGAIL H. SHIM
BRANDON HALLETT THOMAS
ROBERT W. MEYER
NATALIE A. LEIFER
CHARLOTTE M. LAWRENCE
BENJAMIN WANG
MICHAEL J. QUINAN
DARLENY ROSA

*OF COUNSEL*
KATHLEEN M. MCDOWELL
PATRICK J. CAFFERTY, JR.
DAVID H. FRY
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
ADAM R. LAWTON
SARAH J. COLE
ALLISON M. DAY
TERESA A. REED DIPPO
DAVID T. RYAN
LAURA M. LOPEZ
ELIZABETH R. DYER

SEE MTO.COM FOR JURISDICTIONS OF ADMISSION

September 28, 2026

Writer's Direct Contact
(415) 512-4023
Roman.Leal@mto.com

Rafey S. Balabanian
Edelson PC
350 N. LaSalle St., 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
rbalabanian@edelson.com

Re: Production of Documents in *Stacey v. Altman*, No. 26-CV-03701 (N.D. Cal.) & Related Cases

Dear Mr. Balabanian:

On behalf of Defendants in the above-referenced cases, we are transmitting a production of documents bearing Bates numbers **OAI_TR_0000003 – OAI_TR_0003666**. This production is made pursuant to Defendants' duty to disclose under Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, consistent with 18 U.S.C. § 2702(b), and as set forth in the parties' email correspondence dated September 12, 2026. A password for the production will be provided under separate cover.

The documents in this production are designated "Confidential" within the meaning of the Northern District of California's model protective order, and will remain subject to similar protection under any protective order to be entered in the instant cases. This means that Plaintiffs may use the documents in this production only for prosecuting, defending, or attempting to settle the instant litigation. Unless otherwise ordered by the Court or permitted in writing by Defendants, the documents in this production may be disclosed *only* to the following: (a) Plaintiffs' outside counsel who have appeared, as well as employees of said outside counsel

to whom disclosure is reasonably necessary for this litigation and who have agreed to treat the designated documents as confidential; (b) Plaintiffs' experts to whom disclosure is reasonably necessary for this litigation and who have agreed to treat the designated documents as confidential; (c) the Court and its personnel; (d) court reporters and their staff, professional jury or trial consultants, mock jurors, and professional vendors to whom disclosure is reasonably necessary for this litigation and who have agreed to treat the designated documents as confidential; (e) witnesses during their depositions to whom disclosure is reasonably necessary and who have agreed to treat the designated documents as confidential, unless otherwise agreed by Defendants or ordered by the Court; and (f) the author or recipient of a document containing the information, or a custodian or other person who otherwise possessed or knew the information, contained in the produced documents.

No person may upload the documents produced in this production to any public website, generative-AI tool, or other system that is using submitted materials to train or improve models or services; however, this does not prohibit the use of secure document-management or e-discovery systems or, where Defendants have agreed in writing, generative-AI tools where, by contract, the tool prohibits the use of inputs submitted or outputs generated to train, fine-tune, or otherwise improve any AI model. For avoidance of doubt, counsel for Plaintiffs may use Anthropic's Claude models pursuant to Anthropic's standard commercial terms and Google Gemini pursuant to an enterprise Google workplace subscription.

It is also Plaintiffs' responsibility to ensure that any expert witnesses, consulting experts, and any other person or entity whom Plaintiffs permit to have access to the documents in this production adhere to the applicable confidentiality designations and protections. In addition, we expect that you will comply with all governing legal and ethical obligations in your treatment of this sensitive and confidential data.

In connection with this production, Defendants do not waive and do not intend to waive any applicable privilege or protection or to disclose any documents that are protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or protection. In the event this production contains material protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or protection, such production is not intended and shall not be construed as a waiver of any privilege or protection by Defendants.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

*/s/ Roman Leal*

Roman Leal