# Exhibit F

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**
**IN AND FOR HIGHLANDS COUNTY, FLORIDA**

28-2026-CA-000295-GCAX-MX
GENERAL CIVIL DIVISION
Section 10

OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,
Plaintiff,
vs.

OPEN AI GLOBAL, LLC,
OPEN AI FOUNDATION (FKA OPEN AI INC),
OPEN AI OPCO, LLC,
OPEN AI GROUP PBC,
OPEN AI HOLDINGS, LLC
SAM ALTMAN,
Defendants.
_______________________________________/

UNOFFICIAL DOCUMENT

**ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**

THIS CAUSE comes before the Court on Defendants' Motion to Stay Discovery and for Protective Order filed on October 15, 2026, and on the Status Conference held on October 23, 2026. The Court otherwise being fully advised in the premises, it is **ORDERED AND ADJUDGED**:

1. Defendants' Motion to Stay Discovery and for Protective Order is hereby **GRANTED IN PART.** The Court finds that the issues raised in

Defendants' Motion to Transfer Venue filed on September 30, 2026 must be resolved prior to discovery proceeding in this matter.

2. Accordingly, all discovery is stayed pending the resolution of Defendants' Motion to Transfer Venue. The Motion to Transfer Venue is set for hearing on December 8, 2026, at 11:00 a.m.

ORDERED in Highlands County, Florida on Wednesday, October 28, 2026.

28-2026-CA-000295-GCAM 10/28/2026 08:16:55 AM

Heather Beato, Circuit Judge
28-2026-CA-000295-GCAM 10/28/2026 08:16:55 AM

Copies furnished via email to all counsel of record.