DANIEL S. ALTER (SBN NY Bar No. 2472264)
Email: danielatler@broadfieldlaw.com
BROADFIELD USA LLP
488 Madison Ave., 22nd Floor
New York, NY 10022-5704
Telephone: (212) 390-1256
**Admission Pro Hac Vice Pending*

JOHN C. STASER (SBN 294643)
Email: jstaser@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Amicus Curiae,
CHAMBER OF PROGRESS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TUMBLER RIDGE SHOOTING LITIGATION | **Case No. 3:26-cv-03701-JSC** |
| | NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE AN AMICUS BRIEF ON BEHALF OF CHAMBER OF PROGRESS IN SUPPORT OF DEFENDANTS |
| This Document Relates To: All Related Actions. | Judge: Hon. Jacqueline S. Corley<br>Ctrm: 8 (19th Floor)<br><br>Date: February 11, 2027<br>Time: 10:00 a.m. |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules of the Norther District of California (the "Local Rules"), Rule 7-7(e), proposed amicus curiae Chamber of Progress (the "Chamber") withdraws, without prejudice, its *Motion for Leave to File an Amicus Brief on Behalf of Chamber of Progress in Support of Defendants*, filed on November 23, 2026 [Dkt. 94], together with all papers filed in support of that motion, including the proposed Statement of Interest of Amicus Curiae [Dkt. 94-1] and the [Proposed] Order [Dkt. 94-2] (collectively, the "Motion").

/ / /

The Chamber's withdraws the Motion because of an inadvertent clerical error in the preparation and filing of those papers—namely, the document attached as the proposed *amicus* brief was an incomplete, working draft [Dkt. 94-1], not the file-ready version that counsel provided to his legal assistant for filing and intended to submit to the Court for consideration. In addition, the Motion inadvertently failed to conform to various requirements of the Local Rules and the Court's October 26, 2026, Order establishing a master docket and governing the caption of filings submitted in the above-referenced proceeding.

The withdrawal of the Motion does not reflect any change in the Chamber's position, and the Chamber does not abandon its request for leave to submit an amicus brief.

The Chamber intends to promptly file a corrected motion for leave to file an amicus brief, together with corrected supporting papers on or before November 25, 2026. The corrected motion will supersede the withdrawn Motion in its entirety. The Chamber therefore respectfully requests that the Court take no further action on the Motion.

Respectfully Submitted:

Dated: November 24, 2026

BROADFILED USA LLP

By: /s/ *Daniel Atler*
DANIEL ATLER
**Admission Pro Hac Vice Pending*
Attorneys for Amicus Curiae
CHAMBER OF PROGRESS

Dated: November 24, 2026

TROYGOULD PC

By: /s/ *John C. Staser*
JOHN C. STASER
Attorneys for Amicus Curiae
CHAMBER OF PROGRESS

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that each of the other signatories to this document has concurred in its filing.

By: /s/ *John C. Staser*
JOHN C. STASER
Attorneys for Amicus Curiae
CHAMBER OF PROGRESS