DANIEL S. ALTER (NY Bar No. 2472264)
Email: danielatler@broadfieldlaw.com
BROADFIELD US LLP
488 Madison Ave., 22nd Floor
New York, NY 10022-5704
Telephone: (212) 390-1256
**Admission Pro Hac Vice Pending*

JOHN C. STASER (SBN 294643)
Email: jstaser@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Amicus Curiae,
CHAMBER OF PROGRESS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TUMBLER RIDGE SHOOTING LITIGATION<br><br>This Document Relates To: All Related Actions. | Lead Case No. 3:26-cv-03701-JSC<br><br>**DECLARATION OF DANIEL S. ALTER IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF ON BEHALF OF CHAMBER OF PROGRESS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Jacqueline S. Corley<br>Ctrm: 8 (19th Floor)<br>Date: TBD<br>Time: TBD<br><br>[Filed concurrently with Motion for Leave to File an *Amicus Curiae* Brief on Behalf of Chamber of Progress in Support of Defendants' Motion to Dismiss [ECF 85]; Brief of *Amicus Curiae* Chamber of Progress; [Proposed] Order] |

# DECLARATION OF DANIEL S. ALTER

I, Daniel S. Alter, declare as follows:

1. I am an attorney licensed to practice law and a member of good standing of the bar the State of New York, where I was admitted on March 2, 1992 (N.Y. Bar No. 2472264). I am a partner at the law firm Broadfield US LLP, co-counsel for proposed *amicus curiae* Chamber of Progress (the "Chamber") in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration in support of the Chamber's unopposed motion for leave to file an *amicus curiae* brief in support of Defendants' Motion to Dismiss [ECF 85] (the "Motion"). Dearth

2. On November 21, 2026, Stephanie Herrara, Esq. of Munger, Tolles & Olson LLP, counsel for defendants, stated by email that she conferred with counsel for plaintiffs and that they did not object to the Chamber filing an amicus brief provided that the Chamber's filing disclosed that OpenAI is one of the Chamber's corporate partners.

3. On November 23, 2026, I filed my Application for Admission *Pro Hac Vice* in this matter [ECF 92] and Certificate of Good Standing [ECF 92-1] with the Court.

4. The Chamber is a technology-industry coalition devoted to a progressive society, economy, workforce, and consumer climate. It supports public policies that promote innovation and economic growth, protect internet freedom and free expression, and help to ensure that the benefits of technological progress are broadly shared.

5. The Chamber is a nonprofit 501(c)(6) corporation organized under the laws of the State of Virginia. The Chamber has no parent corporation and no publicly held company owns more than ten percent (10%) of its stock. The Chamber is governed by an independent board of directors.

6. Although OpenAI is among the Chamber's many corporate partners and provides some support as a partner in its mission, none of its officers and directors—or those of any other corporate partner of the Chamber—sit on its board of directors, vote on its positions, or have veto power of any kind over its operation and activities. Indeed, the Chamber's may disagree with positions of, and never speaks for, a partner organization or individual company, including OpenAI

or any of its affiliated entities.

7. As the attorney primarily responsible for drafting the proposed *amicus* brief on behalf of the Chamber, I can confirm that no counsel for any party to this action authored the brief, in whole or in part, and no party, counsel for a party, or other person or entity, other than the Chamber, its members, or its counsel, made any monetary contribution intended to fund the preparation or submission of the proposed *amicus* brief, including OpenAI.

8. A true and correct copy of the Chamber's proposed brief amicus curiae is submitted concurrently with the Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 25th day of November, 2026, at New York, New York.

/s/ *Daniel S. Atler*
Daniel S. Atler

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that each of the other signatories to this document has concurred in its filing.

By: /s/ *John C. Staser*
JOHN C. STASER
Attorneys for Amicus Curiae
CHAMBER OF PROGRESS