DANIEL S. ALTER (NY Bar No. 2472264)
Email: danielatler@broadfieldlaw.com
BROADFIELD US LLP
488 Madison Ave., 22nd Floor
New York, NY 10022-5704
Telephone: (212) 390-1256
**Admission Pro Hac Vice Pending*

JOHN C. STASER (SBN 294643)
Email: jstaser@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Amicus Curiae,
CHAMBER OF PROGRESS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TUMBLER RIDGE SHOOTING LITIGATION | Lead Case No. 3:26-cv-03701-JSC |
| This Document Relates To: All Related Actions. | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF ON BEHALF OF CHAMBER OF PROGRESS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

WHEREAS, on November 25, 2026, the Chamber of Progress (the "Chamber") moved this Court for leave to appear *amicus curiae* and file an *amicus* brief in support of Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) [ECF 85] in the above-captioned cases;

WHEREAS, this Court has considered the Chamber's motion, together with the proposed *amicus* brief;

NOW, THEREFORE, good cause appearing, the motion for leave to file an *amicus* brief by the Chamber is GRANTED.

The proposed brief *amicus curiae* submitted with the Chamber's motion [ECF 98-1] is deemed filed as of the date of this Order.

IT IS SO ORDERED.

Dated: ______________________

______________________________
JACQUELINE SCOTT CORLEY
United States District Judge